```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 13478
    JEFFREY M SZELA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3028

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/28/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                PAID         PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP           NOTICE ONLY     NOT FILED            .00          .00
GMAC RESCAP LLC              CURRENT MORTG          .00           .00          .00
GMAC RESCAP LLC              MORTGAGE ARRE    21093.23            .00          .00
COMMONWEALTH EDISON          UNSECURED          325.38            .00          .00
ACADEMY COLLECTION SERVI     UNSECURED       NOT FILED            .00          .00
AT & T                       UNSECURED       NOT FILED            .00          .00
DIRECT TV                    UNSECURED       NOT FILED            .00          .00
NICOR GAS                    UNSECURED       NOT FILED            .00          .00
RIVER NORTH GROUP            DEBTOR ATTY           .00                         .00
TOM VAUGHN                   TRUSTEE                                           .00
DEBTOR REFUND                REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         ---------------      ---------------
TOTALS                            .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 13478 JEFFREY M SZELA
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE